IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYREEM M. RIVERS, | Civil No. 3:16-cv-2092 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SUPERINTENDENT LAWRENCE MAHALLY, et al., | |
| Defendants | |

**ORDER**

**AND NOW**, this 31st day of May, 2017, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 3) to appoint counsel is **DENIED without prejudice.**

Robert D. Mariani
United States District Judge