# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYREEM M. RIVERS, | Civil No. 3:16-cv-2092 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SUPERINTENDENT LAWRENCE MAHALLY, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 24th day of April, 2019, upon consideration of Plaintiff's motion (Doc. 67) to withdraw his motions for summary judgment, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 67) to withdraw is **GRANTED**.

2. Plaintiff's motions (Docs. 50, 54) for summary judgment are **DEEMED** withdrawn.

Robert D. Mariani
United States District Judge